OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
1/14/2015 PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R       $ 00.26⁵
0002003152   JAN 15 2015
MAILED FROM ZIP CODE 78701

PRESORTED FIRST-CLASS

BOWIE, ELLE UNTA          Tr. Ct. No. 1313282-A                    WR-82,451-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ELLE UNTA BOWIE
NEY UNIT - TDC # 1793227
114 PRIVATE ROAD 4303
HONDO, TX 78861-3812

U T F

AVRS3B  78861